# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Harold Dean Deese Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00141-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Garren Vance | ) | |
| Kody Hughes | ) | |
| FNU Hicks, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2019 Order.

November 14, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court